UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-21518-CIV-ALTONAGA/Turnoff

**MOUNT SINAI MEDICAL CENTER
OF FLORIDA, INC.,**

    **Plaintiff,**

vs.

**MCKESSON MEDICATION MANAGEMENT,
LLC.,**

    **Defendant.**
_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant's Motion for Protective Order as to Re-creation of Back-up Server Tapes **[DE 53]** and Plaintiff's Motion to Compel Discovery and for Sanctions **[DE 80]**. A hearing on these matters was held on February 5, 2007. Upon consideration of the written and oral arguments, the Court record, the applicable law, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that, consistent with the instructions given in open court:

(1)    Defendant's Motion for Protective Order as to Re-creation of Back-up Server Tapes **[DE 53]** is **Denied**. Plaintiff is to provide Defendant with ten (10) dates constituting a sampling of the 484 back-up server tapes at issue. Defendant shall produce forthwith, but in any event no later than the close of business on February 12, 2007, any documentation responsive to outstanding discovery requests contained within the ten tapes selected by Plaintiff. The cost of conducting the sampling shall be

Case No.: 06-21518-CIV-ALTONAGA/Turnoff

borne by Defendant.

(2)     Plaintiff's Motion to Compel Discovery and for Sanctions **[DE 80]** is Granted-in-part. Plaintiff shall be allowed to take three additional depositions of the corporate representatives of third-party witnesses who were adduced from Defendant's supplemental discovery. Plaintiff's request for the imposition of sanctions is **Denied without prejudice**.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 6th day of February 2007.

_____
**WILLIAM C. TURNOFF**
**United States Magistrate Judge**

Copies provided:
Honorable Cecilia M. Altonaga
Counsel of Record